# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| KAREEM STANSBURY, | : No. 72 EM 2015 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of August, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED**.